UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                    :        Civil No. 1:25-cv-09996-SLC
                                    :
Melvin Castellano                   :
                                    :
        Plaintiff,                  :        ~~PROPOSED~~
                                    :        SCHEDULING ORDER
        v.                          :
                                    :
                                    :
Commissioner of Social Security,    :
                                    :
        Defendant.                  :
---------------------------------------------------------x


IT IS HEREBY ORDERED that:

| Action | Due Date |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings | June 11, 2026 |
| Government's Opposition and Cross-Motion for Judgment On the Pleadings | September 14, 2026 |
| Plaintiff's Reply (if any) | September 28, 2026 |


SO ORDERED:        June 5, 2026

_Sarah Cave_
_____
Honorable Sarah L. Cave
United States Magistrate Judge