**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

MELVIN CASTELLANO,

Plaintiff,

25 **CIVIL** 9996 (SLC)

-v-

**JUDGMENT**

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 11, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g). The parties further stipulate and agree that upon remand, the ALJ will be directed to offer Plaintiff the opportunity for a new hearing and issue a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). Based on the stipulation of the parties, final judgment is entered in favor of plaintiff, reversing the final decision of the Commissioner.

**Dated:** New York, New York

September 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**